UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            CASE NO.: 3:04cr5/MCR

**KIMBERLY RENEE CLARKE**
_____/

ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 motion (doc. 181) advising that a reduction in Defendant's sentence may be warranted by her cooperation and substantial assistance since her sentencing. The Court finds that a reduction is proper to reward her assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced to 60 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed May 28, 2004, shall remain unchanged.

ORDERED this 17th day of October, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**